IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES DONALD SURRELLS,<br><br>        Defendant. | Case No. 3:14-cr-00087-RRB<br><br>**ORDER ACCEPTING AND ADOPTING GUILTY PLEA AND ADMISSIONS** |

Before the Court, at Docket 63, is the Final Report and Recommendation Upon Plea of Guilty filed by the Magistrate Judge in which it is recommended that this Court accept and adopt the Plea of Guilty that Defendant entered on October 22, 2024, to Count One of the Indictment in case number 3:24-cr-00076-SGL-KFR as well as the admissions of Violations One through Eight of the Second Superseding Petition for Warrant for Person under Supervised Release in case number 3:14-cr-0087 RRB-KFR.

Having reviewed the aforesaid recommendation in detail, the Court hereby ACCEPTS and ADOPTS the Final Report and Recommendation Upon Plea of Guilty and enters adjudication of guilt as to both the guilty plea and the admissions.

DATED this 29th day of October, 2024, at Anchorage, Alaska.

                                                          */s/ Ralph R. Beistline*
                                                          RALPH R. BEISTLINE
                                             Senior United States District Judge